**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| ANNE MARIE E. REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-3168-SEM-KLM |
| | ) | |
| v. | ) | |
| | ) | Judge Sue E Myerscough |
| THE CITY OF SPRINGFIELD, | ) | |
| OFFICER JAKE GRAY, BADGE NO. | ) | Magistrate Judge Douglas Quivey |
| 835, and OFFICER FAIRLEE, BADGE | ) | |
| NO. 821, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>UNOPPOSED MOTION TO EXTEND SETTLEMENT CONFERENCE</u>**

NOW COMES Plaintiff, by and through her counsel, and respectfully moves this Honorable Court to extend the currently scheduled settlement conference for a period of thirty (30) days. In support of this Motion, Plaintiff states as follows:

1. Counsels are scheduled to have a confidential call with the court on January 5, 2026.

2. A settlement conference in this matter is currently scheduled for January 8, 2026.

3. On December 31, 2025, attorney Peter Sadelski, who had primary responsibility for this matter, unexpectedly resigned from Plaintiff's law firm without prior notice.

4. Additionally, Plaintiff's other attorney of record, Edward M. Fox, will be out of the country beginning January 2, 2026, and will not return until January 9, 2026, further limiting availability for the scheduled confidential settlement call and settlement conference next week.

5. A brief continuance of thirty (30) days is necessary to allow Attorney Fox sufficient time to return, get caught up on the case, and prepare for the settlement conference. This will ensure the settlement conference is as productive and meaningful as possible.

6. Granting this continuance will not prejudice any party and will promote judicial efficiency by ensuring that the parties are adequately prepared to engage in good-faith settlement discussions.

7. This request is made in good faith and not for purposes of delay.

8. Plaintiff's counsel reached out to Defendant's counsel and they have no objections to the continuance.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order continuing the settlement conference for thirty (30) days, or to a date convenient for the Court, and for any further relief the Court deems just and proper.

Respectfully submitted,

/s/ Edward M. Fox
Edward M. Fox
Ed Fox & Associates, Ltd.
118 North Clinton Street, Suite 425
Chicago, Illinois 60661
(312) 345-8877
efox@efox-law.com